# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 15, 2011

Lyle W. Cayce
Clerk

No. 10-10486
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

EDDIE LEE FINLEY,

Defendant–Appellant.

_____

Cons w/ 10-10489
Summary Calendar

_____

UNITED STATES OF AMERICA,

Defendant-Appellee,

v.

EDDIE LEE FINLEY, JR.

Plaintiff-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CR-232-1 and 3:09-CR-115-1

_____

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Eddie Lee Finley has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), and United States v. Flores, ___ F.3d ___, No. 09-41281, 2011 WL 309173 (5th Cir. Jan. 31, 2011). Finley has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.